```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
                                                                 :
VINCENT MAIORINO,                                                :
                                                                 :
                           Plaintiff,                            :
                                                                 :           25-cv-97 (LJL)
        -v-                                                      :
                                                                 :              ORDER
NEW YORK CITY DEPARTMENT OF SANITATION                           :
and CITY OF NEW YORK,                                            :
                                                                 :
                           Defendants.                           :
                                                                 :
-----------------------------------------------------------------X
```

LEWIS J. LIMAN, United States District Judge:

On April 3, 2025, upon consent of the parties, the Court stayed discovery in this action pending a decision on Defendants' motion to dismiss the complaint. Dkt. No. 14. Plaintiff now moves by letter motion for discovery of a single document, the Citywide Panel spreadsheet. Dkt. No. 15. The motion is denied in light of the existing stay. "Courts enforce discovery deals not only because lawyers should abide by their agreements, but also because if the parties could not rely on courts to enforce discovery agreements, there would be little incentive for parties to make them." *PRCM Advisers LLC v. Two Harbors Inv. Corp.*, 2022 WL 18027565, at *6 (S.D.N.Y. Dec. 30, 2022) (quotations omitted). Plaintiff points to no changed circumstances that would merit lifting the stay even for the limited discovery he seeks.

The Clerk of Court is respectfully directed to close Dkt. Nos. 15, 18.

SO ORDERED.

Dated: April 8, 2025
       New York, New York                         _____
                                                         LEWIS J. LIMAN
                                                   United States District Judge