```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------X
                                                                   :
VINCENT MAIORINO,                                                  :
                                                                   :
                              Plaintiff,                           :
                                                                   :        25-cv-0097 (LJL)
       -v-                                                         :
                                                                   :           ORDER
CITY OF NEW YORK,                                                  :
                                                                   :
                              Defendant.                           :
                                                                   :
-------------------------------------------------------------------X
```

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 11/18/2025

LEWIS J. LIMAN, United States District Judge:

The Court will hold a telephonic conference on January 21, 2026 at 10:00 a.m. The parties are instructed to dial 646-453-4442 and enter access code 358639322.

SO ORDERED.

Dated: November 18, 2025
       New York, New York
                                          _____
                                                LEWIS J. LIMAN
                                             United States District Judge