

**MARTINEZ & LOIACONO PLLC**

Jeannette Poyerd-Loiacono, Esq.
Partner
245 Bricktown Way, Suite J
Staten Island, New York 10309
T: (347) 215-4543
F: (718) 556-2007
jmpoyerd@yahoo.com
*Admitted in:*
*New York & Pennsylvania*

January 20, 2026

Hon. Lewis J. Liman
United States District Judge
Southern District of New York
500 Pearl Street
New York, NY 10007

Re:   *Maiorino v. City of New York*
        Case Number: 1:25-cv-00097-LJL

Dear Judge Liman:

I represent Plaintiff in the above-referenced action. I write, with Defendants' consent, to respectfully request an extension of time for Plaintiff to respond to Defendants' motions to dismiss and for sanctions (ECF Doc. Nos. 56–61).

Plaintiff seeks an extension through Monday, March 23, 2026. This request is necessitated by unforeseen familial circumstances requiring my attention. The requested extension is made in good faith, will not affect other deadlines, and will not prejudice Defendants.

Defendants consent to this request.

Thank you for the Court's consideration.

Respectfully submitted,

Jeannette Poyerd-Loiacono

The request is GRANTED. Discovery is stayed pending the resolution of the motion to dismiss. Plaintiff shall make a request for a case management conference within seven days of any decision that sustains the complaint in whole or in part.
Date: January 21, 2026

SO ORDERED.

LEWIS J. LIMAN
United States District Judge

1