UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------------------ X

VINCENT MAIORINO,

Plaintiff,

-against-

CITY OF NEW YORK,

Defendant.

------------------------------------------------------------------------ X

**NOTICE OF MOTION TO RECONSIDER**

No. 25-cv-00097

**PLEASE TAKE NOTICE** that, upon the accompanying Memorandum of Law, dated July 20, 2026, and upon all the papers and proceedings previously had herein, Defendant will move this Court, before the Hon. Lewis J. Liman, United States District Judge, at the United States Courthouse for the Southern District of New York, located at 500 Pearl Street, New York, New York, 10007, on a date and time to be determined by the Court, pursuant to Rule 59(e) of the Federal Rules of Civil Procedure, requesting that this Court reconsider or vacate its July 6, 2026, Order and Opinion denying Defendant's Motion to Dismiss the Second Amended Complaint pending a decision on Defendant's fully briefed Rule 11 motion, filed January 16, 2026.

Dated: New York, New York
July 20, 2026

**MURIEL GOODE-TRUFANT**
Corporation Counsel of the
City of New York
*Attorney for Defendant*
100 Church Street, Second Floor
New York, New York 10007
(212) 356-2481

By: /s/ Brigid Lynn
Brigid Lynn
Assistant Corporation Counsel