**STEVEN BANKS**
*Corporation Counsel*

**THE CITY OF NEW YORK**
# LAW DEPARTMENT
**100 CHURCH STREET**
**NEW YORK, NY 10007**

**BRIGID LYNN**
Assistant Corporation Counsel
Labor and Employment Law Division
Telephone: (212) 356-2481
Email: blynn@law.nyc.gov

July 23, 2026

**BY ECF**
Honorable Lewis J. Liman
United States District Judge
Southern District of New York
500 Pearl Street
New York, New York 10007

Re: Maiorino v. City of New York
25-cv-00097 (LJL)

Dear Judge Liman:

I am an Assistant Corporation Counsel in the Office of Steven Banks, Corporation Counsel of the City of New York, assigned to represent Defendant, the City of New York ("Defendant") in the above-referenced action. I write to respectfully request to withdraw Defendant's Motion for Reconsideration filed on July 20, 2026, ECF No. 78.

The issue presented by the Motion for Reconsideration has been resolved through this Court's July 21, 2026 Memorandum and Order (ECF No. 80) granting in part and denying in part Defendant's Motion for Sanctions under Rule 11. Accordingly, Defendant respectfully requests that the Court terminate ECF No. 78 as withdrawn.

Defendant thanks the Court for its consideration of this request.

The request is GRANTED. The Clerk of Court is respectfully requested to close Dkt. No. 78.
Date: July 23, 2026

SO ORDERED.

LEWIS J. LIMAN
United States District Judge

Respectfully submitted,

By: /s/ Brigid Lynn
Brigid Lynn
Assistant Corporation Counsel