M&T Bank
Nota

# Wire Transfer Status Update

## Wire Transfer Information:

| | |
|---|---|
| Receiver's Name: | New York City Law Department |
| Amount: | $6,477.50 |
| Purpose: | attys fees |

## Wire Transfer Status:

| | |
|---|---|
| Status: | Completed |
| Note: | 8.31.26 DASH0000[redacted] wire has been successfully submitted for processing. |